Joseph L. and Dorothy K. DRUKE v. TOWN OF NEWFANE, et al., No. 299-78

December 12, 1978. Motion for Remand for a New Trial is reserved pending hearing the appeal on the merits.

VERMONT DEPARTMENT OF SOCIAL WELFARE v. BERLIN DEVELOPMENT ASSOCIATES, et al., No. 320-78

December 12, 1978. Motion for Permission to Appeal is granted.

IN RE PETITION OF NEW ENGLAND TELEPHONE & TELEGRAPH COMPANY, No. 209-78

December 28, 1978. The jurisdiction of this Court not having been invoked as required by 30 V.S.A. § 12 and V.R.A.P. 5(b), the motion to dismiss the purported interlocutory appeal is granted and the cause remanded. *Adams* v. *Wright*, 133 Vt. 481, 346 A.2d 217 (1975).

Howard STEINBERG, Harry Steinberg d/b/a Steinberg & Sons v. Edward DACRES and Helen Dacres, No. 332-77

January 4, 1979. Motion to Withdraw as Counsel is granted.

MOBIL OIL CORPORATION v. Norman W. PRIVE, No. 297-78

January 4, 1979. Motion for Permission to Withdraw as Counsel is granted.

STATE of Vermont v. Theodore Lawrence BROWN, Jr., No. 4-79

January 4, 1979. Complaint for Extraordinary Relief is dismissed in that the complaint fails to concisely set forth the reasons why there is no adequate remedy by interlocutory appeal or by appeal or proceedings for extraordinary relief in the superior courts. V.R.A.P. 21.

Billings, J.

Aurilla S. ELLISON v. Lloyd L. ELLISON, No. 263-77

January 11, 1979. There being no showing that the trial court's order is erroneous or without evidentiary support or that the trial court abused or withheld its discretion under 15 V.S.A. § 758, the judgment is affirmed. *Brown* v. *Brown*, 134 Vt. 412, 365 A.2d 248 (1976).